IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RICHARD BUSTAMANTE,

    Plaintiff,

vs.                                                                                                                                            No. CIV 18-0237 JB\GJF

NANCY A. BERRYHILL, Acting Commissioner
of the Social Security Administration,

    Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on the United States Magistrate Judge's Order to Show Cause, filed April 1, 2019 (Doc. 22)("Show Cause Order"). The Show Cause Order required Plaintiff Richard Bustamante either to respond to the Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), filed January 28, 2019 (Doc. 18)("Motion to Dismiss"), by April 15, 2019, or to show cause why the Court should not dismiss his Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed March 12, 2018 (Doc. 1). See Show Cause Order at 1 (noting that Bustamante's initial response deadline was February 11, 2019, and reminding Bustamante that, under the Court's local rules, the failure to respond "constitutes consent to grant the motion" (internal quotation marks omitted)(quoting D.N.M.LR-Civ. 7.1(b))). The Show Cause Order further cautioned that Bustamante's continued failure to respond "may result in the DISMISSAL of Plaintiff's complaint without prejudice." Show Cause Order at 2 (emphasis in original). Nonetheless, despite these clear warnings, Bustamante has failed to respond in any way to the Show Cause Order.

**IT IS ORDERED** that this case is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Richard L. Bustamante
Serafina, New Mexico

    *Plaintiff Pro Se*

John C. Anderson
   United States Attorney
Manuel Lucero
   Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

--and--

Kathryn C. Bostwick
Office of the General Counsel
Social Security Administration
Denver, Colorado

    *Attorneys for the Defendant*